UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 7
HERMAN SEGAL,                                      :
                                                   :         Case No. 13-45519 (NHL)
                    Debtor.                        :
----------------------------------------------------------------x

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Kristen Garofalo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 3rd day of December, 2014, I served true and correct copies of:

- Notice of Hearing on Trustee's Motion for an Order, Pursuant to Fed. R, Bankr. P. 9019: (I) Approving a Certain Settlement Agreement Between the Trustee, Eagle Park Holding LLC, Landlord, and Elliott Galpern, Resolving all Disputes Concerning the Estate's Claim to 2179 East 33rd Street, Brooklyn, New York and Other Related Rights and Claims; (II) Authorizing the Parties to the Settlement to Consummate Its Terms; and

- Motion for an Order, Pursuant to Fed. R, Bankr. P. 9019: (I) Approving a Certain Settlement Agreement Between the Trustee, Eagle Park Holding LLC, Landlord, and Elliott Galpern, Resolving all Disputes Concerning the Estate's Claim to 2179 East 33rd Street, Brooklyn, New York and Other Related Rights and Claims; (II) Authorizing the Parties to the Settlement to Consummate Its Terms, along with exhibit referenced therein;

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

*/s/Kristen Garofalo*
Kristen Garofalo

Sworn to and subscribed before me this
4th day of December, 2014

*/s/Joseph C. Corneau*
Notary Public

## SCHEDULE A

Herman Segal
4115 Quentin Road
Brooklyn, NY 11234

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: William E. Curtin

Yocheved Segal
4115 Quentin Road
Brooklyn, NY 11234

Hanna Klapper, Esq.
Internal Revenue Service
32 Maiden Lane, 14th Floor
New York, New York 10038

New York State Department of
Taxation and Finance
Building 9, W.A. Harriman Campus
Albany, NY 12227
Attn: Office of Counsel

New York State Department of
Taxation and Finance, Office of Counsel
Building 8, W.A. Harriman Campus,
Room # 455
Albany, NY 12227
Attn: Bankruptcy Unit – TCD

New York State Department of
Taxation and Finance
c/o Bankruptcy Unit
PO Box 5300
Albany, NY 11205

NYS Department of Taxation and Finance
Office of the Attorney General, The Capitol
Albany, NY 12224
Attn: Eric T. Schneiderman, Atty. General

Alan F. Kaufman
Hinshaw & Culbertson LLP
800 Third Avenue 13th Floor
New York, NY 10022

Shlomo Kolp
732 Ocean Parkway
Brooklyn, NY 11230

David H. Singer
David H. Singer & Associates, LLP
The Woolworth Building
233 Broadway, Suite 810
New York, New York 10279

Bruce M. Scheiner
Cohen Hurkinehrenfeld Pomerantz &
Tenenbaum, LLP
25 Chapel Street, Suite 705
Brooklyn, New York 11201

NRT New York LLC
c/o Errol F. Margolin
Margolin & Pierce, LLP
140 West 57th Street-Suite 7C
New York, NY 10019

Robert J. Spence
Spence Law Office, P.C.
500 North Broadway
Jericho, New York 11753

David F. Anderson
DAVID F. ANDERSON, P.A.
7735 NW 146th Street, Suite 205
Miami Lakes, Florida 33016

Kevin W. Brown
K.W. BROWN P.L.
4000 Ponce De Leon Blvd., Suite 470
Coral Gables, FL 33146

Anna Pia D. Nicolas
Lazare Potter & Giacovas LLP
875 Third Avenue, 28th Floor
New York, NY 10022

George P. Angelich
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Chase  
PO Box 15298  
Wilmington, DE 19850  

Independent Recovery  
24 Railroad Ave.  
Patchogue, NY 11772  

Capital One  
PO Box 85520  
Richmond, VA 23285  

Current Occupant  
2179 East 33rd Street  
Brooklyn, NY 11234  

Avigdor Landesman  
a/k/a Avigdor Lansdman  
1 Yossi Street  
Bnei Brak, Israel  

Avigdor Landesman  
a/k/a Avigdor Lansdman  
2 Yaabetz Street  
Safed, Israel  

Eliezer Silber  
Javits 1  
Tzfat, Israel  

Eliezer Silber  
Javits 2  
Tzfat, Israel  

Chaim Israel Horvitz  
a/k/a Chaim Israel Horwitz  
Shikun Hironi 3  
Tzfat, Israel  

Chaim Israel Horvitz  
a/k/a Chaim Israel Horwitz  
Shicun Eroni, Entry 3  
Safed, Israel  

Eliezer Silber  
c/o Rebecca Silber Landesman  
2 Yaabetz Street  
Safed, Israel  

Dov Skibin  
Pinkas Street  
Bnei Brak, Israel  

Dov Skibin  
4 Pinkas Street, Apartment #6  
Bnei Brak, Israel  

Dov Buzaglo  
Maginei Tzfat  
Tzafat, Israel  

Dov Buzaglo  
37 HaPalmach Street  
Safed, Israel  

David Zeev  
a/k/a David Zeev Reich  
Reich Tarpat Street 13  
Tzfat, Israel  

David Zeev  
a/k/a David Zeev Reich  
13 Tarpat Street, Apartment 2  
Safed, Israel  

Yitzchok Ovadia  
Rech Tzahal  
Tzfat, Israel  

Gilad Shteingart  
Avnei Nezer Street 34  
Kiryat Sefer, Israel  

Gilad Shteingart  
Avnei Nezer Street  
Apartment 134  
Modi'in Illit (upper Modin), Israel  

Baruch Klein  
Pisgat Zanz  
Tzfat, Israel  

Baruch Klein  
18 Tarpat at Apartment #26  
Tsefat, Israel  

Moshe Meshulvin  
a/k/a Moshe Mishulovin  
Kiryat Chabad 220/107  
Tzfat, Israel  

Schedule A-1

Moshe Meshulvin
a/k/a Moshe Mishulovin
220 Kiryat Chabad Street Apartment 107
Safed, Israel

Alma Kim Green
Betzalel Shmuely                  12 Marcus Street
a/k/a Shmuely Betzalel            Apartment 10
1 Yossi Street                    Jerusalem, Israel
Bnei Brak, Israel

Schedule A-1