# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
GERALD BUKARY
GILLIAN B. KESSLER
ELI RAIDER
JOHN E. CHAFFEE
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
PREET S. BAGGA*
MICHELLE MCLEOD
STACY N. ANAGNOSTOPOULOS*
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO ADMITTED IN CALIFORNIA
• MEMBER OF FLORIDA & DC & NY

Kevin J. Nash
Direct phone: (212) 301-6944
Facsimile: (212) 221-6532
KNash@GWFGLaw.com

July 26, 2017

Hon. Nancy H. Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

  Re:  Carl Caller, as Trustee of the Cilya Weinberger ILIT #1 and Trustee and Trustee
      of the Cilya Weinberger ILIT #2 v. Lincoln Financial Group, et al.
      Adv. Pro. No. 15-01192 (NHL)

Dear Judge Lord:

  Mr. Stevens is going to report to the Court tomorrow afternoon on the status of the insurance matter and will request a further adjournment of the pending motion. I am unable to attend tomorrow's hearing due my law firm's annual outing. Mr. Weinberg is agreeable to apply $100,000 of any insurance settlement to be paid directly to the debtor. I wanted to notify the Court of this circumstance in advance of Mr. Stevens' appearance tomorrow.

               Respectfully yours,

               /s/ Kevin J. Nash

               Kevin J. Nash

cc:  Fred Stevens, Esq.
    Angela Howard