| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Fred Stevens<br>Christopher Reilly | New Hearing Date: May 29, 2019<br>New Hearing Time: 2:30 PM |

*General Counsel to David J. Doyaga,*
  *Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                          :
                                                                                    :    Chapter 7
HERMAN SEGAL,                                                      :
                                                                                    :    Case No. 13-45519 (NHL)
                                           Debtor.                  :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARINGS TO MAY 29, 2019

TO ALL PARTIES:

**PLEASE TAKE NOTICE**, that all hearings (the "Hearings") in the above-captioned case and its related adversary proceedings scheduled for April 17, 2019, at 2:30 p.m., have been adjourned to the **29th day of May, 2019 at 2:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, and will take place before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge at the United States Bankruptcy Court for the Eastern District of New York, Conrad B Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE,** that the Hearings may be adjourned from time to time without notice to any defendant or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearings.

Dated:  New York, New York
        March 29, 2019

                                      **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                              By:  */s/Fred Stevens*
                                      Fred Stevens
                                      Christopher Reilly
                                      200 West 41st Street, 17th Floor
                                      New York, New York 10036-7203
                                      Tel: (212) 972-3000
                                      Fax: (212) 972-2245
                                      Email:  fstevens@klestadt.com
                                                      creilly@klestadt.com

                                      *General Counsel to David J. Doyaga,*
                                              *Chapter 7 Trustee*