**KLESTADT WINTERS JURELLER**      Hearing Date: August 14, 2019
  **SOUTHARD & STEVENS, LLP**     Hearing Time: 2:30 p.m. (EST)
200 West 41st Street, 17th Floor
New York, New York 10039-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens

*General Counsel to David J. Doyaga,*
   *Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                         :
                                                 :        Chapter 7
HERMAN SEGAL,                      :
                                                 :        Case No. 13-45519 (NHL)
                           Debtor.     :
----------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARINGS**
**SCHEDULED FOR WEDNESDAY, AUGUST 14, 2019**

Time and Date of Hearing:     **August 14, 2019** at **2:30 p.m.** (prevailing Eastern Time) (the "Hearing").

Location of Hearing:     Courtroom of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800

Copies of Pleadings:     A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov

**I.    CONTESTED MATTERS**

     **A.**    **Trustee's Motion For An Order: (I) Compelling 11-45 Ryerson Holdings LLC, Chaim Miller, A/K/A Harry Miller, Sam Sprei, A/K/A Shimmy Sprei, To Comply With The December 17, 2018 Settlement Agreement And Provide The Trustee With The Required $50,000.00 Payment; And (II) Awarding Monetary Sanctions Against Sprei, Miller And 11-45 Ryerson For Violating The Settlement Order And Making Misrepresentations To The Trustee Regarding Payment [Adv. Proceeding 15-1205] [Adv. Pro. Docket No. 94] (Filed May 10, 2019)**

1

Tentative Agenda No. on Court's Agenda:     201, 202, 203
Actual Agenda No. on Court's Agenda:        ___

Related Documents:

1. **Order Directing Chaim Miller, A/K/A Harry Miller, Sam Sprei, A/K/A Shimmy Sprei, And 11-45 Ryerson Holdings LLC By And Through A Duly Authorized Representative To Appear Before The Court And Show Cause Why (I) Each Should Not Be Directed And Compelled To Make The $50,000.00 Settlement Payment Pursuant To That Certain Settlement Agreement Between Them And The Trustee Dated December 17, 2018; (II) Prior Representations That They Had Made The Settlement Payment To The Trustee, Including Providing A Federal Wire Reference Number, Were Not Materially False And Intentionally Misleading; (III) Monetary Sanctions Should Not Be Awarded Against The Respondents And In Favor Of The Trustee For The Cost Of Making The Instant Motion And Trying To Enforce A Now 3-Year-Old Settlement In Principle In An Amount Not Less Than $10,000.00. [Adv. Pro, 15-1205] [Adv. Pro. Docket No. 95] (Entered May 13, 2019)**

2. Affidavit of Service re Adv. Pro. Doc 94 & 95 [Adv. Pro. Docket No. 96] (Filed May 13, 2019)

3. Order Approving the Stipulation of Settlement and Mutual Release Between (I) The Trustee and (II) (A) Chaim Miller, a/k/a Harry Miller, (B) Sam Sprei, a/k/a Shimmy Sprei and (C) 11-45 Ryerson Holdings, LLC [Adv. Pro. Docket No. 91].

4. Judgment and Order in the sum of seventy-seven thousand, five-hundred dollars ($77,500.00) entered against Chiam Miller, a/k/a Harry Miller, Sam Sprei, a/k/a Shimmy Sprei and 11-45 Ryerson Holdings LLC, together with interest thereon, with each of the Defendants being jointly and severally liable for the payment thereof, and Plaintiff shall have immediate execution thereof [Adv. Pro. Docket No. 103]

Status: This matter is going forward.

**B.  Pretrial Conferences in the Following Adversary Proceedings Commenced September 9, 2015**

1. **Adversary Proceedings Assigned to Mediation – These matters are going forward for status reports.**

    a. **Doyaga v. Rosenfeld; Adv. Pro. No. 15-1157**

        i. Tentative Agenda No. on Court's Agenda – 199

      ii.   Actual Agenda No. on Court's Agenda - \_\_\_

      iii.  Mediation Order Entered on February 2, 2017

      iv.  Fifth Pretrial Scheduling Order Entered on February 7, 2017

  **b.  Doyaga v. 567 Warren St. LLC, et al.; Adv. Pro. No. 15-1135**

      i.   Tentative Agenda No. on Court's Agenda – 197

      ii.  Actual Agenda No. on Court's Agenda - \_\_\_

      iii. Mediation Order Entered on February 2, 2017

  **c.  Carl Caller v. Lincoln Life Insurance Company, Adv. Pro. No. 15-1192 (NHL)**

      i.   Tentative Agenda No. on Court's Agenda – 200

      ii.  Actual Agenda No. on Court's Agenda - \_\_\_

      iii. Mediation Order Entered on February 2, 2017

2. **Adversary Proceedings Where Answer was Filed and Scheduling Order has been Entered or Should be Entered**

  **a.  Doyaga v. Yocheved Segal; Adv. Pro. No. 15-1136**

      i.   Tentative Agenda No. on Court's Agenda – 198

      ii.  Actual Agenda No. on Court's Agenda - \_\_

      iii. Pretrial Scheduling Order Entered on February 12, 2016 at Docket No. 11

Dated:  New York, New York
          August 14, 2019

                                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                            By:  */s/Fred Stevens*
                                 Fred Stevens
                                 200 West 41st Street, 17th Floor
                                 New York, New York 10036-7203
                                 Tel: (212) 972-3000
                                 Fax: (212) 972-2245
                                 Email: fstevens@klestadt.com

                                 *Counsel to David J. Doyaga, as Chapter 7 Trustee*